CLIFFORD L. MILLER, Appellant, *v.* ORLANDO W. NORCROSS, Doing Business under the Name of NORCROSS BROTHERS, Respondent, Impleaded with Others.

*Miller* v. *Norcross,* 126 App. Div. 905, affirmed.

(Argued May 12, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term in an action to recover for material alleged to have been furnished.

*Cyrus C. Miller* for appellant.

*George II. D. Foster* and *John C. Wait* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.    Absent: CULLEN, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM ENGEMAN et al., Respondents.

*People* v. *Engeman,* 129 App. Div. 462, affirmed.

(Argued May 12, 1909; decided June 1, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1908, which affirmed an order of the Kings County Court sustaining a demurrer to an indictment accusing defendants of being common gamblers in violation of section 344 of the Penal Code.

*John F. Clarke, District Attorney (Robert II. Elder* of counsel), for appellant.

*William C. De Witt, Charles H. Hyde, Joseph S. Auerbach, John B. Stanchfield* and *Charles H. Tuttle* for respondents.

Order sustaining demurrer affirmed; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.    Absent: CULLEN, Ch. J.